Christopher B. Dolan (#165358)
Aimee E. Kirby (#216909)
Sandra I. Tan (#276333)
**THE DOLAN LAW FIRM**
1438 Market Street
San Francisco, California 94102
Telephone:      (415) 421-2800
Facsimile:      (415) 421-2830

Attorneys for Plaintiff
Richard Knudsen

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| Richard Knudsen, an individual, Qui Tam Plaintiff, on behalf of himself and United States of America and its Federal Agencies, a public entity,<br><br>                    Plaintiffs,<br><br>      v.<br><br>CELLCO PARTNERSHIP, d / b /a VERIZON WIRELESS, INC.<br>CELLCO PARTNERSHIP<br>VERIZON WIRELESS<br><br>VERIZON COMMUNICATIONS, Inc.,<br>VERIZON BUSINESS<br>ALLTEL CORPORATION<br>VERIZON FEDERAL INC.<br>VERIZON SERVICES CORP.<br>VERIZON BUSINESS NETWORK SERVICES, INC.<br>VODAFONE<br><br>and Does 1-100,<br><br>                    Defendants. | Case No.: *CV 13 4465 EDL*<br><br><br>**PLAINTIFF'S EX PARTE REQUEST FOR CONTINUANCE OF THE CASE MANAGEMENT CONFERENCE, AND THE JOINT STATEMENT**<br><br>Trial Date: TBD |

///

1    Plaintiff hereby request from the Court a continuance of the Case Management Conference
2    currently set for November 18, 2014 at 10:00 am.

3    Please note that Defendants ALLTEL COMMUNICATIONS, LLC., VERIZON
4    FEDERAL INC., VERIZON SERVICES CORP., VODAFONE US OPERATIONS INC.,
5    VERIZON BUSINESS NETWORK SERVICES INC., and VERIZON WIRELESS SERVICES,
6    LLC have been served at 818 W. 7th Street, Los Angeles, CA 90017, on October 27, 2014, but have
7    not appeared and have not been dismissed.

8    Due to the complexity of issues, Plaintiff is currently working with Defendants to
9    voluntarily limit the parties to the correct entities and effectuate service. Defendants have retained
10   Leigh R. Schachter at Verizon Wireless as counsel.

11   Plaintiff's counsel has just recently been in contact with Mr. Schachter as of this week.

12   According to the court's Order, parties shall file a joint case management statement.
13   However, Plaintiff requests a 45 day continuance for the defendants to have an opportunity to appear
14   in this matter.

15
16   Dated: ___11-11-14___          _____
17                                  Aimee E. Kirby, Esq.
                                    Attorney for Plaintiff
18

19                      [PROPOSED] ORDER

20

21   IT IS HEREBY ORDERED THAT:

22   1.    The Case Management Conference, currently scheduled for November 18, 2014 be
23         continued to _10:00 am on 1/6/15_ .

24   2.    The parties shall file a joint case management conference statement no later than
25         _12/30/14_ .

26   IT IS SO ORDERED.

27

28   Dated: ___November 13, 2014___     _Elijah D. Laporte_
                                        HON. ELIZABETH D. LAPORTE

THE
DOLAN
LAW
FIRM
THE DOLAN LAW FIRM
TRIAL LAWYERS
THE DOLAN BUILDING
430 MARKET STREET
SAN FRANCISCO,
CA
94105
TEL: (415) 421-2800
FAX: (415) 421-2830