MARCELLUS A. MCRAE (CA SBN 140308)
mmcrae@gibsondunn.com
HELGI C. WALKER (DC SBN 454300)
(*pro hac vice*)
hwalker@gibsondunn.com
JAMES L. ZELENAY JR. (CA SBN 237339)
jzelenay@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:  213.229.7449
Facsimile:  213.229.7520

Attorneys for Defendants Cellco Partnership,
d/b/a Verizon Wireless, Inc. and other Verizon-related entities

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Richard Knudsen, an individual, Qui Tam Plaintiff,<br><br>Plaintiff,<br><br>v.<br><br>Cellco Partnership, d/b/a Verizon Wireless, Inc. et al.<br><br>Defendants. | CASE NO. 13-cv-04465 (CRB)<br><br>RELATED CASES: 13-CV-13-4476 (CRB); and 13-CV-4542 (CRB)<br><br>**ORDER GRANTING DEFENDANTS' *EX PARTE* APPLICATION FOR AN ORDER EXTENDING TIME TO FILE REPLY BRIEF IN SUPPORT OF THEIR MOTION TO DISMISS AND REQUEST FOR JUDICIAL NOTICE**<br><br><u>Hearing for the Motion to Dismiss & Request For Judicial Notice</u><br>Date:        May 8, 2015<br>Time:       10:00 A.M.<br>Place:       Courtroom 6, 17th Floor<br>Judge:      Hon. Charles R. Breyer |

**ORDER**

The Court having considered Defendants' *Ex Parte* Application for an Order extending time for Defendants to file a Reply in support of their Motion to Dismiss and Request for Judicial Notice, and good cause appearing therefore, IT IS HEREBY ORDERED that the *Ex Parte* Application is **GRANTED**.

The time for Defendants to file their Reply in support of their Motion to Dismiss and Request for Judicial Notice is hereby extended to and including **April 20, 2015**.

**IT IS SO ORDERED.**

DATED: April 10, 2015



THE HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING DEFENDANTS' *EX PARTE* APPLICATION FOR AN ORDER EXTENDING TIME TO FILE REPLY BRIEF IN SUPPORT OF THEIR MOTION TO DISMISS AND REQUEST FOR JUDICIAL NOTICE
CASE NO. 3:13-CV-04465-CRB