1  Colin H. Murray, State Bar No. 159142
    colin.murray@bakermckenzie.com
2  Brian K. Tomkiel, State Bar No. 267253
    brian.tomkiel@bakermckenzie.com
3  **BAKER & McKENZIE LLP**
   Two Embarcadero Center, 11th Floor
4  San Francisco, CA  94111
   Telephone: 415.576.3000
5  Facsimile:  415.576.3099

6  Attorneys for Defendants
   Sprint Communications Company L.P.,
7  Sprint Solutions, Inc., and
   Sprint Spectrum L.P.

8

9  Christopher B. Dolan, State Bar No. 165358
   Aimee E. Kirby, State Bar No. 216909
10  aimee.kirby@cbdlaw.com
   Sandra I. Tan, State Bar No. 276333
11 **THE DOLAN LAW FIRM**
   1438 Market Street
12 San Francisco, CA  94102
   Telephone: 415.421.2800
13 Facsimile:  415.421.2830

14 Attorneys for Plaintiff Richard Knudsen

15 | UNITED STATES DISTRICT COURT

16 | NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD KNUDSEN, an individual, Qui Tam Plaintiff, on behalf of himself and United States of America and its Federal Agencies, a public entity,<br><br>                    Plaintiffs,<br><br>          v.<br><br>SPRINT COMMUNICATION COMPANY LP, SPRINT NEXTEL, SPRINT NEXTEL CORPORATION, SPRINT SOLUTIONS, INC., SPRINT SPECTRUM L.P., SPRINT SPECTRUM LIMITED PARTNERSHIP, SPRINT SPECTRUM LP, NEXTEL COMMUNICATIONS INCORPORATED, NEXTEL COMMUNICATIONS OF THE MID ATLANTIC INCORPORATED and Does 1-100,<br><br>                    Defendants. | **Case No.  CV 13-04476 (CRB)**<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>[Civil L.R. 6-2]<br><br>**Date Action Filed: September 27, 2013**<br><br>**The Honorable Charles R. Breyer** |

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA  94111
415 576 3000

Case No. CV 13-04476 CRB
PROPOSED ORDER

# **ORDER**

PURSUANT TO STIPULATION, the following is ORDERED:

1. The Case Management Conference in this matter, currently set for May 22, 2015, is hereby vacated.

2. The Case Management Conference will be set for July 17, 2015 at 8:30 am., if necessary.

3. The Case Management Statement shall be filed with the Court no later than seven (7) days prior to the Case Management Conference.

**IT IS SO ORDERED.**

Dated: May 7, 2015

The Honorable Charles R. Breyer
U.S. District Judge

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA  94111
415 576 3000

Case No. CV 13-04476 CRB
PROPOSED ORDER