MARCELLUS A. MCRAE (CA SBN 140308)
mmcrae@gibsondunn.com
HELGI C. WALKER (DC SBN 454300)
(*pro hac vice*)
hwalker@gibsondunn.com
JAMES L. ZELENAY JR. (CA SBN 237339)
jzelenay@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:  213.229.7449
Facsimile:  213.229.7520

Attorneys for Defendants Cellco Partnership,
d/b/a Verizon Wireless, Inc. and other Verizon-related entities

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Richard Knudsen, an individual, Qui Tam Plaintiff,<br><br>                    Plaintiff,<br><br>          v.<br><br>Cellco Partnership, d/b/a Verizon Wireless, Inc. et al.,<br><br>                    Defendants. | CASE NO. 3:13-cv-04465-CRB<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND TIME AND SET FURTHER BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Action Filed:     September 27, 2013<br>Judge:            Hon. Charles R. Breyer |

Gibson, Dunn &
Crutcher LLP

ORDER GRANTING JOINT STIPULATION TO EXTEND TIME AND SET FURTHER BRIEFING SCHEDULE FOR
DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT
CASE NO. 3:13-CV-04465-CRB

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

PURSUANT TO STIPULATION, the following is ORDERED:

1.      Plaintiff's Opposition Memorandum shall be filed on or before August 27, 2015; and

2.      Defendant's Reply Memorandum shall be filed on or before September 24, 2015.

3.      The hearing currently scheduled for September 18, 2015, is vacated and reset for

October 9, 2015.

**IT IS SO ORDERED.**


Dated:   July 31, 2015                                          _____

The Honorable Charles R. Breyer
U.S. District Judge

1