1  MARCELLUS A. MCRAE (CA SBN 140308)
   mmcrae@gibsondunn.com
2  HELGI C. WALKER (DC SBN 454300)
   (*pro hac vice*)
3  hwalker@gibsondunn.com
   JAMES L. ZELENAY JR. (CA SBN 237339)
4  jzelenay@gibsondunn.com
   GIBSON, DUNN & CRUTCHER LLP
5  333 South Grand Avenue
   Los Angeles, CA 90071-3197
6  Telephone: 213.229.7449
   Facsimile: 213.229.7520
7
   Attorneys for Defendants Cellco Partnership,
8  d/b/a Verizon Wireless, Inc. and other Verizon-related entities

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| Richard Knudsen, an individual, Qui Tam Plaintiff, | CASE NO. 3:13-cv-04465-CRB |
|---|---|
| Plaintiff, | **ORDER SETTING STATUS CONFERENCE** |
| v. | Action Filed:   September 27, 2013 |
| Cellco Partnership, d/b/a Verizon Wireless, Inc. et al., | Judge:   Hon. Charles R. Breyer |
| Defendants. | |

Gibson, Dunn &
Crutcher LLP

## **ORDER**

Pursuant to the Parties November 9, 2015 Stipulation, the following is ORDERED:

1. Relator shall not file an amended complaint or any potentially confidential materials on November 9, 2015, and Defendants will not seek default on account of Relator's not filing an amended complaint on that date;

2. A status conference to discuss this matter is set for Dec. 11, 2015 at 8:30 a.m.. The parties may appear telephonically.

**IT IS SO ORDERED.**

Dated: Nov. 12, 2015          _____
                              The Honorable Charles R. Breyer
                              U.S. District Judge