| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | Christopher B. Dolan (#165358)<br>Aimee E. Kirby (#216909)<br>**THE DOLAN LAW FIRM**<br>1438 Market Street<br>San Francisco, California 94102<br>Telephone:    (415) 421-2800<br>Facsimile:     (415) 421-2830<br><br>Attorneys for Plaintiff<br>Richard Knudsen |
| 7<br>8<br>9<br>10<br>11<br>12<br>13 | Marcellus A. McCrae (CASBN 140308)<br>Helgi C. Walker (DCSBN 454300)<br>James L. Zelenay Jr. (CASBN 237339)<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Tel: 213-229-7449<br>Fax: 213-229-7520<br><br>Attorneys for Defendants Cellco Partnership<br>d/b/a Verizon Wireless, Inc. and other Verizon-related entities |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Richard Knudsen, an individual, Qui Tam Plaintiff, on behalf of himself and United States of America and its Federal Agencies, a public entity,<br><br>            Plaintiffs,<br><br>    v.<br><br>CELLCO PARTNERSHIP, d / b /a<br>VERIZON WIRELESS, INC.<br>CELLCO PARTNERSHIP<br>VERIZON WIRELESS<br><br>VERIZON COMMUNICATIONS, Inc.,<br>VERIZON BUSINESS<br>ALLTEL CORPORATION<br>VERIZON FEDERAL INC.<br>VERIZON SERVICES CORP.<br>VERIZON BUSINESS NETWORK | Case No.:  ***CV 13 4465 CRB***<br><br><br><br><br><br>**~~PROPOSED~~ ORDER RE JOINT STIPULATION TO CONTINUE STATUS CONFERENCE**<br><br><br><br><br>Action Filed: September 27, 2015<br>Trial Date: TBD<br>Judge: Hon. Charles R. Breyer |

**PROPOSED ORDER RE JOINT STIPULATION TO CONTINUE STATUS CONFERENCE**
-1-

SERVICES, INC.
VODAFONE

and Does 1-100,

     Defendants.

# ORDER

PURSUANT TO STIPULATION, the following is ORDERED:

1. The Status Conference shall be continued to December 21, 2015. Should December 21, 2015 be unavailable for the Court, please contact plaintiff-relator's counsel with the Court's availability to find a mutually agreeable date for all parties.
2. The Status Report shall be due on December 14, 2015 or a week from the date of the Status Conference.
3. The Status Conference currently scheduled for December 11, 2015 is vacated and reset for  December 18, 2015        .

**IT IS SO ORDERED.**

Dated:  December 8            , 2015   _____

                 The Honorable Charles R. Breyer

**THE DOLAN LAW FIRM**
TRIAL LAWYERS
THE DOLAN BUILDING
1438 MARKET STREET
**SAN FRANCISCO, CA**
94105
TEL: (415) 421-2800
FAX: (415) 421-2830

2

**PROPOSED ORDER RE JOINT STIPULATION TO CONTINUE STATUS CONFERENCE**