MARCELLUS A. MCRAE (CA SBN 140308)
mmcrae@gibsondunn.com
HELGI C. WALKER (DC SBN 454300)
(*pro hac vice*)
hwalker@gibsondunn.com
JAMES L. ZELENAY JR. (CA SBN 237339)
jzelenay@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7449
Facsimile: 213.229.7520

Attorneys for Defendants Cellco Partnership,
d/b/a Verizon Wireless, Inc. and other Verizon-related entities

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Richard Knudsen, an individual, Qui Tam Plaintiff,<br><br>Plaintiff,<br><br>v.<br><br>Cellco Partnership, d/b/a Verizon Wireless, Inc. et al.,<br><br>Defendants. | CASE NO. 3:13-cv-04465-CRB<br><br>[~~PROPOSED~~] **ORDER**<br><br>Hearing:   December 18, 2015<br>Time:       8:30 A.M.<br>Place:      Courtroom 6, 17th Floor<br>Judge:     Hon. Charles R. Breyer<br>Date Filed: September 27, 2013 |

1   The Court has considered the Defendants' Status Report in Advance of December 18, 2015
2   Hearing and the arguments of counsel at the December 18, 2015 hearing. The Court hereby
3   ORDERS:
4   (1) Within 20 days, Relator must file his second amended complaint and any attachments
5   under seal, as well as serve Defendants with those materials of Defendants upon which he claims to
6   rely and claims to be potentially confidential or proprietary;
7   (2) Within 20 days after service of that complaint and any attachments, Defendants must
8   review the complaint and attachments and determine whether they contain Defendants' confidential
9   and proprietary information and move the Court to continue the seal only as to those portions (if any)
10  of the amended complaint and attachments that contains the same; and
11  (3) Within 45 days after Relator files his second amended complaint under seal,
12  Defendants must file and serve a responsive pleading.

**IT IS SO ORDERED.**

Dated: 12/18/2015

_____
HON. CHARLES R. BREYER