MARCELLUS A. MCRAE (CA SBN 140308)
mmcrae@gibsondunn.com
HELGI C. WALKER (DC SBN 454300)
(*pro hac vice*)
hwalker@gibsondunn.com
JAMES L. ZELENAY, JR. (CA SBN 237339)
jzelenay@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:  213.229.7449
Facsimile:  213.229.7520

Attorneys for Defendants Cellco Partnership,
d/b/a Verizon Wireless, Inc. and Verizon-related entities


CHRISTOPHER B. DOLAN (CA SBN 165358)
AIMEE E. KIRBY (CA SBN 216909)
SANDRA I. TAN (CA SBN 276333)
THE DOLAN LAW FIRM
1438 Market Street
San Francisco, CA 94102
Telephone:  415.421.2800
Facsimile: 415.421.2830

Attorneys for Plaintiff Richard Knudsen

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Richard Knudsen, an individual, Qui Tam Plaintiff,<br><br>            Plaintiff,<br><br>     v.<br><br>Cellco Partnership, d/b/a Verizon Wireless, Inc. et al.,<br><br>            Defendants. | CASE NO. 3:13-cv-04465-CRB<br><br>**ORDER GRANTING JOINT STIPULATION TO ENTER A BRIEFING SCHEDULE**<br><br>Judge:                          Hon. Charles R. Breyer<br>Am. Complaint Filed:   January 29, 2016<br>Trial Date:                   None Set |

**ORDER**

1. Defendants shall have up to and including March 1, 2016 to file a motion to dismiss or otherwise respond to Plaintiff's Second Amended Complaint.

2. Plaintiff shall have up to and including April 1, 2016 to respond to Defendants' motion to dismiss or responsive pleading.

3. Defendants shall have up to and including April 20, 2016 to file a reply in support of their motion to dismiss or other response to Plaintiff's Second Amended Complaint.

4. The hearing on Defendants' motion to dismiss shall be set for May 13, 2016.

IT IS SO ORDERED.

Dated: February 11, 2016.

_____

HON. CHARLES R. BREYER