1  Christopher B. Dolan (#165358)
   Aimee E. Kirby (#216909)
2  **THE DOLAN LAW FIRM**
   1438 Market Street
3  San Francisco, California 94102
   Telephone:    (415) 421-2800
4  Facsimile:    (415) 421-2830

5  Attorneys for Plaintiff
6  Richard Knudsen

7  Marcellus A. McCrae (CASBN 140308)
   Helgi C. Walker (DCSBN 454300)
8  James L. Zelenay Jr. (CASBN 237339)
9  GIBSON, DUNN & CRUTCHER LLP
   333 South Grand Avenue
10 Los Angeles, CA 90071-3197
   Tel: 213-229-7449
11 Fax: 213-229-7520

12
   Attorneys for Defendants Cellco Partnership
13 d/b/a Verizon Wireless, Inc. and other Verizon-related entities

14                **UNITED STATES DISTRICT COURT**
15                **NORTHERN DISTRICT OF CALIFORNIA**
16                      **SAN FRANCISCO DIVISION**

17

| | |
|---|---|
| Richard Knudsen, an individual, Qui Tam Plaintiff, on behalf of himself and United States of America and its Federal Agencies, a public entity,<br><br>Plaintiffs,<br><br>v.<br><br>CELLCO PARTNERSHIP, d / b /a VERIZON WIRELESS, INC.<br>CELLCO PARTNERSHIP<br>VERIZON WIRELESS<br><br>VERIZON COMMUNICATIONS, Inc.,<br>VERIZON BUSINESS<br>ALLTEL CORPORATION<br>VERIZON FEDERAL INC.<br>VERIZON SERVICES CORP.<br>VERIZON BUSINESS NETWORK | Case No.: ***CV 13 4465 CRB***<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br><br>Action Filed: September 27, 2015<br>Trial Date: TBD<br>Judge: Hon. Charles R. Breyer |

**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**
-1-

SERVICES, INC.
VODAFONE

and Does 1-100,

                     Defendants.

## **ORDER**

PURSUANT TO STIPULATION, the following is ORDERED:

1. The hearing on Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint currently scheduled for June 24, 2016 is reset for August 5, 2016.

**IT IS SO ORDERED.**

Dated: May 31, 2016                          _____

                                                 The Honorable Charles R. Breyer

**THE DOLAN LAW FIRM**
TRIAL LAWYERS
THE DOLAN BUILDING
1438 MARKET STREET
**SAN FRANCISCO, CA** 94105
TEL: (415) 421-2800
FAX: (415) 421-2830

**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**