IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD KNUDSEN,<br><br>    Plaintiff,<br><br>v.<br><br>SPRINT COMMUNICATIONS CO., ET AL.,<br><br>    Defendants.                             / | Nos. C13-04476 CRB; C13-4465; C13-4542<br><br>**ORDER DIRECTING FILING** |

The Court has received Defendants' Statement of Recent Decision regarding Universal Health Services, Inc. v. United States et al. ex rel. Escobar et al., No. 15-7 (Jun. 16, 2016).  See Notice (dkt. 87).  The Court hereby ORDERS each of the parties to submit a supplemental filing of no more than five pages addressing the impact of Universal Health Services, Inc. v. United States et al. ex rel. Escobar et al. on this case.  Such submissions shall be filed no later than Thursday, July 7, 2016.

**IT IS SO ORDERED.**

Dated: July 5, 2017

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE