IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD KNUDSEN,<br><br>    Plaintiff,<br><br>  v.<br><br>SPRINT COMMUNICATIONS CO., ET AL.,<br><br>    Defendants.  / | Nos.  C13-04476 CRB; C13-4465 CRB; C13-4542 CRB<br><br>**JUDGMENT** |

Having granted the Defendants' motions to dismiss with prejudice, the Court enters judgment for Defendants and against Plaintiff.

**IT IS SO ORDERED.**

Dated: September 1, 2016

_____
CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE